**UNITED STATES DISTRICT COURT** **DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| Jerry L. Sewell, Assignee of Physicians Reliance Association, Inc. ~~By and Through Its Chapter 7 Trustee~~ James R. Marshall | § § § | |
| ***versus*** | § § | **CIVIL ACTION NUMBER** |
| David Francis Cunningham, M.D. | § § § § | MISC 05 -147 S |

## ABSTRACT OF JUDGMENT

| | |
|---|---|
| **Date Judgment Entered:** | 2/4/2004 |
| **Judgment in Favor of:** | Jerry L. Sewell |
| **Judgment Against:** | David Francis Cunningham, M.D. |
| **Amount of Judgment:** | $ 7399.96 |
| **Amount of Costs:** | $ |
| **Rate of Interest:** | **1.22%** |
| **Amount of Credits Since Judgment:** | $ |
| **Amount Due:** | $ 7399.96 |

**The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the District of Rhode Island, in the above-captioned case.**

**, Clerk**

**DATED:** 11-17-05 **By:** [signature]
**Deputy Clerk**

**SDTX (abstjdm) 07/13/98**